# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

## MEDFORD DIVISION

JAMES WHITE and APPLIED
EXTRACTS, INC, a Delaware
corporation,

                Plaintiffs,

Civ. No. 1:20-cv-00412-CL

**ORDER**

      v.

BRADLEY REEVES, OREGON
DRYING TECHNOLOGIES, LLC,
an Oregon limited liability company, and
**OREGON HEMP TEA COMPANY, LLC,**
an Oregon limited liability company,

                Defendants,

---

CLARKE, Magistrate Judge,

This case comes before the Court on Plaintiffs' Unopposed Motion for Entry of

Judgment. The motion (#67) is GRANTED. Pursuant to this motion, and having been advised

by counsel for the parties that no defendant or representative of defendant's estate intends to

continue defending this case, the Court hereby orders the following:

1. Judgment shall be entered in favor of plaintiffs and against defendants on plaintiffs' first

   claim for relief (fraud), second claim for relief (conversion of personal property), third

   claim for relief (breach of contract), and fourth claim for relief (breach of the duty of

   good faith and fair dealing).

2.  The parties' agreement to form the limited liability company named Oregon Drying Technologies, LLC is hereby RESCINDED.

3.  Plaintiff Applied Extracts, Inc., is hereby ORDERED, DECLARED, ADJUDGED, and DECREED to have title, ownership, and sole and immediate possession of any and all assets owned by Oregon Drying Technologies, LLC as of the time of this judgment, including but not limited to all equipment located at Storage Emporium, 4707 Table Rock Rd., Central Point, Oregon 97502, or 4445 Table Rock Road, Central Point, Oregon 97502, and all cash and accounts held in any banking institution by Oregon Drying Technologies, LLC and/or Bradley Reeves at the time of his death. Defendants or their representatives shall execute any additional documents required to effect the transfer of said assets to plaintiff within 48 hours of plaintiffs' delivery of such documents to defendants.

4.  Plaintiffs' fifth and sixth claims for relief are hereby dismissed with prejudice.

5.  Plaintiffs' claims for punitive damages, attorney fees, and costs and disbursements are hereby dismissed.

6.  Defendants' counterclaim for costs and disbursements are hereby dismissed.


IT IS SO ORDERED and DATED this __5__ day of January, 2022.

MARK D. CLARKE
United States Magistrate Judge